**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOE RICHARDSON**  PETITIONER
**ADC #140471**

**VS.**          **CASE NO.  5:10CV00110 BSM/BD**

**RAY HOBBS, Interim Director,**  RESPONDENT
**Arkansas Department of Correction**

### ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere (Doc. No. 7) and petitioner Joe Richardson's objections (Doc. No. 9).  After carefully reviewing the recommended disposition, Richardson's objections, and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, Petitioner Joe Richardson's petition for writ of habeas corpus (Doc. No. 2) is DISMISSED with prejudice**.**

IT IS SO ORDERED this 28th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE