# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOE RICHARDSON**                                                       **PETITIONER**
**ADC #140471**

**VS.**             **CASE NO. 5:10CV00110 BSM/BD**

**RAY HOBBS, Interim Director,**                              **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the order entered today this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of July, 2010.


_____
UNITED STATES DISTRICT JUDGE